UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case Number 06-20615-03
v.                                     Honorable Thomas L. Ludington

LUKE LARONG HARRIS,

        Defendant.
_____ /

## ORDER CORRECTING ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

        This Court filed an order referring defendant's motion to vacate sentence [dkt # 71] to United States Magistrate Judge Charles E. Binder. The order, however, incorrectly identified defendant as Kenneth Plulik. Although the Court's order otherwise was correct, this order is made to correct the defendant's name. Therefore,

        It is **ORDERED** that the following motion is referred to United States Magistrate Judge Charles E. Binder for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

        Defendant Luke Larong Harris' motion to vacate sentence under 28 U.S.C. § 2255 [Dkt. # 66].

                                                        s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                        United States District Judge

Dated: January 12, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 12, 2010.

        s/Tracy A. Jacobs
        TRACY A. JACOBS